Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  19−32164−MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ephraim Checkanow                                Devorah Checkanow
   44 Genesee Place                                     44 Genesee Place
   Lakewood, NJ 08701                            Lakewood, NJ 08701

Social Security No.:
   xxx−xx−3212                                              xxx−xx−3358

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             2/4/20
Time:            10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 27, 2019
JAN: rms

                                                         Jeanne Naughton
                                                         Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 19-32164-MBK
Ephraim Checkanow                                                           Chapter 13
Devorah Checkanow
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Nov 27, 2019
                              Form ID: 132             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2019.
db/jdb        +Ephraim Checkanow,    Devorah Checkanow,    44 Genesee Place,    Lakewood, NJ 08701-1124
518587962      American Express,   PO Box 981537,    El Paso, TX 79998-1537
518587963    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,     PO Box 982238,    El Paso, TX 79998-2238)
518587964      Binyamin Weissler,    100 Pawnee Rd,    Lakewood, NJ 08701-1159
518587966      Chani Davidowitz,    818 Morris Ave,    Lakewood, NJ 08701-5550
518587967      Citicards,   PO Box 6241,    Sioux Falls, SD 57117-6241
518587968      College Access Network,    111 Washington Ave S Ste 1400,    Minneapolis, MN 55401-6800
518587971     +Elanco Financial Services,    PO Box 108,    Saint Louis, MO 63166-0108
518587973      Harold Herskovitz,    310 3rd St,    Lakewood, NJ 08701-3221
518587975      JPMCB,   PO Box 15369,    Wilmington, DE 19850-5369
518587974      Joseph Leifer,    39 Broadway,    New York, NY 10006-3003
518587978      Midland Funding LLC,    320 E Big Beaver Rd Ste 300,    Troy, MI 48083-1271
518587980      Pinny Trencher,    10 Mohawk Pl,    Lakewood, NJ 08701-1140
518587982      Shimon Golombeck,    402 8th St,    Lakewood, NJ 08701-2670
518587983      Sholom Pekier,    11 Mohawk Pl,    Lakewood, NJ 08701-1141
518587985      Target bank,    PO Box 1470,    Minneapolis, MN 55440-1470
518587987      Tzodek Katz,    5 Kedma Dr,    Lakewood, NJ 08701-3599
518587988    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    PO Box 108,    Saint Louis, MO 63166-0108)
518587989      Yakov Kaplan,    27 Genesee Pl,    Lakewood, NJ 08701-1125
518587990      Yechiel Haas,    10 Hillside Blvd,    Lakewood, NJ 08701-2969

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 28 2019 00:03:43     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 28 2019 00:03:38     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518587965      E-mail/Text: bankruptcy@cavps.com Nov 28 2019 00:04:04     Cavalry Portfolio Services,
               500 Summit Dr Ste 400,    Valhalla, NY 10595
518587969      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 28 2019 00:03:27     Comenity Bank,
               PO Box 182789,   Columbus, OH 43218-2789
518587970      E-mail/Text: mrdiscen@discover.com Nov 28 2019 00:02:38     Discover Financial,    PO Box 15316,
               Wilmington, DE 19850-5316
518587972      E-mail/Text: bknotice@ercbpo.com Nov 28 2019 00:03:49     Enhanced Recovery,    PO Box 57547,
               Jacksonville, FL 32241-7547
518587976      E-mail/Text: bncnotices@becket-lee.com Nov 28 2019 00:02:51     Kohls,    PO Box 3115,
               Milwaukee, WI 53201-3115
518587977      E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 28 2019 00:11:28     Merrick Bank,
               PO Box 9201,   Old Bethpage, NY 11804-9001
518587979     +E-mail/Text: bnc@nordstrom.com Nov 28 2019 00:02:58     Nordstrom,    13531 E Caley Ave,
               Englewood, CO 80111-6505
518587981      E-mail/Text: jennifer.chacon@spservicing.com Nov 28 2019 00:04:38     Select Portfolio Services,
               PO Box 65250,   Salt Lake City, UT 84165-0250
518587984      E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 00:12:20     Synchrony Bank,    PO Box 965007,
               Orlando, FL 32896-5007
518587986      E-mail/Text: bankruptcy@td.com Nov 28 2019 00:03:45     TD Bank,    32 Chestnut St,
               Lewiston, ME 04240-7744
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                                Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Nov 27, 2019
                              Form ID: 132             Total Noticed: 32
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Moshe   Rothenberg    on behalf of Joint Debtor Devorah   Checkanow moshe@mosherothenberg.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
              Moshe   Rothenberg    on behalf of Debtor Ephraim   Checkanow moshe@mosherothenberg.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```